UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MOONBLATT ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 1:07-CV-01922 |
| ) | Judge J. D. Bates |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CONSENT MOTION OF DISTRICT OF COLUMBIA**
**FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendants District of Columbia ("District") through counsel, hereby moves the court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time until December 3, 2007 within which to respond to the complaint. In support of this motion, the District relies upon the attached memorandum of points and authorities of law.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/ Kimberly M. Johnson
KIMBERLY M. JOHNSON [425163]
Chief, Civil Litigation Sec. I

s\ Darrell Chambers
DARRELL CHAMBERS
Assistant Attorney General
441 4TH Street, N.W., 6th Floor South
Washington, D.C. 20001
202-724-6539; 202-727-3625
Darrell.chambers@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MOONBLATT )<br>)<br>　　　　　Plaintiff, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>　　　　　Defendants. )<br>_____) | Civil Action No.: 1:07-CV-01922<br>Judge J. D. Bates |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DISTRICT OF COLUMBIA FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

1. The District's response to the complaint is due on November 15, 2007.

2. Plaintiff's complaint contains 97 numbered paragraphs, numerous facts, and an abundance of allegations against some 24 specific individuals, the majority of whom are not defendants in this case. Despite best efforts, the undersigned counsel has been unable to gather enough information to deliver a complete response within the 20 day period allowed for the District to respond to the complaint.

3. Because of counsel's litigation obligations in other cases, the District requests until December 3, 2007 to file a responsive pleading.

4. The granting of this motion is unlikely to prejudice the plaintiff or delay the litigation of this matter. In fact, the Plaintiff has consented to this request.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [425163]
Chief, Civil Litigation Sec. I

/S/  Darrell Chambers
DARRELL CHAMBERS[1]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C. 20001
202-724-6539(office) 202-727-3625(fax)
darrell.chambers@dc.gov

## CERTIFICATE PURSUANT TO LOCAL RULE 12-I

I HEREBY CERTIFY that I contacted plaintiff's counsel Warren Gorman, on the 14th day of NOVEMBER, 2007, to request his consent to the District's Motion to Enlarge. Plaintiff consents to this request.

/S/  Darrell Chambers
DARRELL CHAMBERS

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2007 a copy of the foregoing Motion to Enlarge Time to Respond to the Complaint was sent electronically to: Warren E. Gorman, Esquire, 5530 Wisconsin Avenue, Suite 1209, Chevy Chase, MD, 20815, Attorney for Plaintiff.

/S/  Darrell Chambers
DARRELL CHAMBERS

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MOONBLATT ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 1:07-CV-01922 |
| ) | Judge J. D. Bates |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

Upon consideration of the Consent Motion for Enlargement of Time to Respond to the Complaint filed by Defendant, District of Columbia, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Plaintiff having consented thereto, it is this ___ day of NOVEMBER, 2007:

ORDERED that the Defendants' motion be, and it is hereby GRANTED;

FURTHER ORDERED that the time for filing a responsive pleading by the District of Columbia shall be enlarged up to and including December 3, 2007.

_____
United States District Judge

SERVE:

Warren E. Gorman, Esquire
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, MD 20815