IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Moonblatt,<br><br>   Plaintiff,<br><br> v.<br><br>District of Columbia; Linda Singer; Corrections Corporation of America; Steve Smith; Fred Figera; John Coalfield; John Doe 1; John Doe 2; John Doe 3; John Doe 4; John Doe 5; John Doe 6; John Doe 7; John Doe 8,<br><br>   Defendants. | Civil Action No. 1:07-cv-01922-JDB |

### DEFENDANT CCA'S DEMAND FOR JURY TRIAL

 Defendant, Corrections Corporation of America, through counsel, and pursuant to Rule 38, Fed.R.Civ.P., hereby requests a trial by jury of all triable issues in the above-captioned matter.

 November 21, 2007

             By: /s/ Jennifer L. Holsman
             Daniel P. Struck, DC Bar No. CO0037
             Jennifer L. Holsman, DC Bar No. 495296
             JONES, SKELTON & HOCHULI, P.L.C.
             2901 North Central Avenue, Suite 800
             Phoenix, Arizona 85012
             Ph.: (602) 263-7323
             Fax: (602) 200-7811

             Paul J. Maloney, DC Bar No. 362533
             Mariana D. Bravo, Dc Bar No. 473809
             CARR MALONEY, P.C.
             1615 L Street, N.W., Suite 500
             Washington, DC 20036
             Ph: (310) 310-5500
             Fax: (310) 310-5555

             Attorneys for Defendant, *Corrections Corporation of America*

Foregoing filed *electronically*
this 21st day of November, 2007.

     /s/ Carol S. Madden

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, a copy of Defendant CCA's Demand for Jury Trial was served by First Class U.S. Mail on the following parties:

Warren E. Gorman, Esq.
LAW OFFICE OF WARREN E. GORMAN
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, Maryland 20815
Attorney for Plaintiff *Moonblatt*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036

     /s/ Jennifer L. Holsman
     Jennifer L. Holsman