# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Moonblatt,<br><br>        Plaintiff,<br><br>    v.<br><br>District of Columbia; Linda Singer; Corrections Corporation of America; Steve Smith; Fred Figera; John Coalfield; John Doe 1; John Doe 2; John Doe 3; John Doe 4; John Doe 5; John Doe 6; John Doe 7; John Doe 8,<br><br>        Defendants. | Civil Action No. 1:07-cv-01922-JDB |

## DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1

This Corporate Disclosure Statement is filed on behalf of Corrections Corporation of America in compliance with the provisions of: *(check one)*

    __X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    _____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party hereby declares as follows:**

    __X__ No such corporation.

_____Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed).*

_____ Relationship

_____Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest. (Attach additional pages if needed).*

_____ Relationship

Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: November 21, 2007

By:   /s/ Jennifer L. Holsman
Daniel P. Struck, DC Bar No. CO0037
Jennifer L. Holsman, DC Bar No. 495296
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Ph.:    (602) 263-7323
Fax:   (602) 200-7811

Paul J. Maloney, DC Bar No. 362533
Mariana D. Bravo, Dc Bar No. 473809
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036
Ph:     (310) 310-5500
Fax:   (310) 310-5555

Attorneys for Defendant, *Corrections Corporation of America*

Foregoing filed *electronically*
this 21st day of November, 2007.

    /s/ Carol S. Madden

### **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, a copy of the foregoing as served by First Class U.S. Mail on the following parties:

Warren E. Gorman, Esq.
LAW OFFICE OF WARREN E. GORMAN
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, Maryland  20815
Attorney for Plaintiff *Moonblatt*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036

    /s/ Jennifer L. Holsman
    Jennifer L. Holsman