# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Moonblatt,<br><br>        Plaintiff,<br><br>v.<br><br>District of Columbia, et al.<br><br>        Defendants. | Civil Action No. 1:07-cv-01922-JDB |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, *Corrections Corporation of America,* in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

> Daniel P. Struck, Esq.
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 North Central Avenue
> Suite 800
> Phoenix, Arizona 85012
> Telephone No.: (602) 263-7323
> Facsimile No.:  (602) 200-7811
> E-Mail: dstruck@jshfirm.com

Dated: December 10, 2007

By: /s/ Daniel P. Struck
Daniel P. Struck, DC Bar No. CO0037
Jennifer L. Holsman, DC Bar No. 495296
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Ph.: (602) 263-7323
Fax: (602) 200-7811

Paul J. Maloney, DC Bar No. 362533
Mariana D. Bravo, Dc Bar No. 473809
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036
Ph: (310) 310-5500
Fax: (310) 310-5555

Attorneys for Defendant, *Corrections Corporation of America*

Foregoing filed *electronically*
this 10th day of December, 2007.

/s/ Carol S. Madden

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, a copy of the foregoing Notice of Appearance of Daniel P. Struck was served by First Class U.S. Mail on the following parties:

Warren E. Gorman, Esq.
LAW OFFICE OF WARREN E. GORMAN
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, Maryland 20815
Attorney for Plaintiff *Moonblatt*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036

/s/ Daniel P. Struck
Daniel P. Struck