IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Moonblatt,<br><br>           Plaintiff,<br><br>   v.<br><br>District of Columbia; Linda Singer; Corrections Corporation of America; Steve Smith; Fred Figera; John Coalfield; John Doe 1; John Doe 2; John Doe 3; John Doe 4; John Doe 5; John Doe 6; John Doe 7; John Doe 8,<br><br>           Defendants. | Civil Action No. 1:07-cv-01922-JDB |

**<u>DEFENDANT FIGUEROA'S DEMAND FOR JURY TRIAL</u>**

    Defendant, Fred Figueroa, through counsel, and pursuant to Rule 38, FED.R.CIV.P., hereby requests a trial by jury of all triable issues in the above-captioned matter.

December 17, 2007

By:   /s/ Jennifer L. Holsman
Daniel P. Struck, DC Bar No. CO0037
Jennifer L. Holsman, DC Bar No. 495296
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Ph.:   (602) 263-7323
Fax:   (602) 200-7811

Paul J. Maloney, DC Bar No. 362533
Mariana D. Bravo, Dc Bar No. 473809
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036
Ph:   (310) 310-5500
Fax:   (310) 310-5555

Attorneys for Defendant, *Corrections Corporation of America*

Foregoing filed *electronically*
this 17th day of December, 2007.

    /s/ Tonya L. West

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, a copy of Defendant CCA's Demand for Jury Trial was served by First Class U.S. Mail on the following parties:

Warren E. Gorman, Esq.
LAW OFFICE OF WARREN E. GORMAN
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, Maryland  20815
Attorney for Plaintiff *Moonblatt*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036

    /s/ Jennifer L. Holsman
    Jennifer L. Holsman