IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard Moonblatt,

        Plaintiff,

   v.

District of Columbia, *et al.*

        Defendants.

Civil Action No. 1:07-cv-01922-JDB

## DEFENDANT FRED FIGUEROA'S PARTIAL JOINDER IN DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant Fred Figueroa, through counsel, hereby joins in arguments I through V of Defendant, District of Columbia's Motion to Dismiss [Doc. No. 6] filed with the Court on December 3, 2007.

Dated: December 17, 2007

By:   /s/ Jennifer L. Holsman
Daniel P. Struck, DC Bar No. CO0037
Jennifer L. Holsman, DC Bar No. 495296
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Ph.:   (602) 263-7323
Fax:   (602) 200-7811

Paul J. Maloney, DC Bar No. 362533
Mariana D. Bravo, DC Bar No. 473809
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036
Ph:   (310) 310-5500
Fax:   (310) 310-5555

Attorneys for Defendant, *Corrections Corporation of America*

Foregoing filed *electronically*
this 17th day of December, 2007.
    /s/ Tonya L. West

1858832.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, a copy of the foregoing Defendant, Corrections Corporation of America's Partial Joinder in Defendant District of Columbia's Motion to Dismiss or in the Alternative, for Summary Judgment was served by First Class U.S. Mail on the following parties:

Warren E. Gorman, Esq.
LAW OFFICE OF WARREN E. GORMAN
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, Maryland  20815
Attorney for Plaintiff *Moonblatt*

Kimberly M. Johnson, Esq.
Darrell Chambers, Esq.
OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
Attorneys for Defendant District of Columbia


          /s/ Jennifer L. Holsman
          Jennifer L. Holsman