IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Richard N. Moonblatt** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.:    1:07-cv-01922 |
| | : | |
| **District of Columbia,** *et. al* | : | |
| | : | |
| Defendant | : | |
| | : | |

**PLAINTIFF'S RULE 26(A)(1) INITIAL DISCLOSURES**

Richard N. Moonblatt ("Plaintiff"), by and through his undersigned counsel and pursuant to Rule 26 (a)(1) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, hereby submits his Initial Disclosures.

I.    PERSONS WITH KNOWLEDGE

Other than the Plaintiff, the following individuals, upon information and belief, are likely to have discoverable information relevant to the Plaintiff's claims pleading:

1.    Estelle Hunter, Legal Instruments Examiner D.C. Department of Corrections, Central Detentions Facility, Washington D.C. Ms. Hunter prepared an Alert Form and forwarded it to The Chief Medical Officer of The Central Detention Facility on or about September 10, 2004.

2.    Don Paul, CCA/CTF Internal Affairs, investigated the September 3, 2004, incident and other incidents for Correctional Corporation of America.

3.    Captain Nora Talley, CCA, Central Detention Facility, Washington, D.C. regarding events of September 10, 2004, including her placement of plaintiff in General Housing Unit on that date, and other incidents.

1

4.      Deputy Worden Larry Corbett, CCA, Central Detention Facility, Washington D.C. Mr. Corbett is aware of Mr. Moonblatts file, his placements written the facility, and complaints by the plaintiff.

5.      Charlotte Fisher, Claims Specialist, D.C. Officer of Risk Management, 441-4[th] street, N.W., Suite 800, Washington, D.C. 20001. Ms. Fisher investigated the plaintiff's claims.

6.      Correctional Officer Goode, CCA, Central Detention Facility, Washington, D.C. Officer Goode assaulted and mistreated plaintiff on a number of occasions between 2004-2006.

7.      Correctional Officer Drummond, CCA, Central Detention Facility, Washington, D.C. Officer Drummond assaulted and mistreated plaintiff on a number of occasions between 2004-2006, including November 4, 2006.

8.      Robert Crosby, Inmate, Central Detention Facility, Washington, D.C. Inmate Crosby assaulted plaintiff on October 23 and October 24, 2006.

9.      John K. Niparku, M.D., Johns Hopkins University Hospital, Department of Otolaryngology, 601 N. Carolina Street, 6th floor, Baltimore, Maryland 21287. Dr. Nipurko treated plaintiff in 2002 and therefore for leaving loss.

10.      Assistant Warden Shelton Richardson, CCA, CTF, 1901 E Street S.E. Washington, D.C.  20003. Mr. Richardson is aware of plaintiff's file, assaults upon plaintiff and injuries to plaintiff during the period 2004-2006.

11.      Case Manager Harrison, D.C. Department of Corrections, 1923 Vermont Avenue, N.W. Washington, D.C. 20001. He is aware of plaintiff's file, his placement, his injuries, and complaints in 2006.

12.      Sonny Fulton, Program Manager, CCA, CTF, Washington, D.C. Mr. Fulton is aware of plaintiff's file, his placement, his injuries in 2006, and previously.

13.     Office Barton, CCA, CTF, Washington D.C. Officer Barton assaulted plaintiff on one or more occasions in 2006.

14.     Kelly Dalton, inmate, CCA/CTF, Washington, D.C. Eyewitness to assault on plaintiff of November 4, 2006.

15.     Thomas F. Lee inmate, CCA/CTF, Washington D.C. Eyewitness to assault on plaintiff of November 4, 2006.

16.     Andrew Williams, inmate, CCA/CTF, Washington D.C. Attacked and Assaulted plaintiff, September 2004.

17.     Corporal Gordon CCA/CTF, Washington D.C., Assaulted and battered plaintiff March 4, 2004, March 15, 2004.

18.     Sergeant Mc Intyre, CCA/CTF, Washington D.C. Assaulted and battered plaintiff, February 12, 2004.

19.     Lt. Holmes, CCA/CTF, Washington D.C. Aware of assaults on plaintiff in February and March 2004, and on other occasions.

20.     Corporal Knight, CCA/CTF, Washington D.C. assaulted and battered plaintiff on or about March 21, 2004.

21.     Marvin Mosley, inmate, CTF. Washington, D.C. assaulted and battered plaintiff on or about March 22, 2004.

22.     Officer Murray CCA/CTF, Washington D.C. Assaulted and battered plaintiff on or about March 22, 2004.

23.     Sgt. Reis, CCA/CTF, Washington D.C. Witnessed Assault and battery by Officer Murray on plaintiff on or about March 22, 2004. Confiscated personal property of plaintiff, March 2004.

24.     Kevin Jackson, inmate, CTF, Washington D.C. Assaulted and battered plaintiff February 2004-May 2004.

25.     Corporal Thomas, CCA/CTF, Washington D.C. Assaulted and directed racist and homophobic remarks at plaintiff, May 2004.

26.     Officer Jordan, CCA/CTF, Washington D.C. Assaulted and directed racist and homophobic remarks at plaintiff, May 2004.

27.     Officer William, CCA/CTF, Washington D.C. Assaulted and directed racist and homophobic remarks at the plaintiff, May 2004.

28.     Officer Dovis, CCA/CTF, Washington D.C. Assaulted and directed racist and homophobic remarks at plaintiff, May 2004.

29.     Officer Little, CCA/CTF, Washington D.C. Directed racist and homophobic remarks at the plaintiff, May 2004.

30.     Officer Robert White, CCA/CTF, Washington D.C. Raped, assaulted and battered plaintiff, June 2004.

II.     DOCUMENTS RELEVANT TO PLAINTIFF'S CLAIMS

1.     Photography of injury to plaintiff's ear incurred August 7, 2006. Available in office of counsel for plaintiff.

2.     Copy of approximately 40 pages of handwritten correspondence from plaintiffs to CCA/DOC officials, 2004-2006. Available in office of counsel for plaintiff:

Originals in possession of defendant CCA and D.C. Department of Corrections.

3.     Copies of approximately 300 pages of grievances. Disciplinary reports and internal memoranda in file of CCA. (January 1, 2004-December 15, 2006) Available in office of Counsel for Plaintiff. Originals in possession of defendant CCA.

4.      Copies of 202 pages of documents produced by CCA to former counsel for plaintiff. As set forth on "Attachment A" hereto, letter dated August 8, 2006 for counsel for CCA. Available in office of Counsel for Plaintiff. Originals in possession of CCA.

5.      Copy of witness statement of Kelly Dalton dated November 4, 2006. Available in office of Counsel for Plaintiff.

6.      Copy of witness statement of Thomas F. Lee dated November 4, 2006. Available in office of Counsel for Plaintiff.

7.      Copies of document provided by D.C. Department of Corrections to Deborah Golden Esq., as enumerated in Attachment B hereto, being a letter dated October 25, 2004. Available in Office of Counsel for Plaintiff. Originals in possession of D.C. of Corrections.

8.      Copies of approximately 200 pages of correspondence between Eli J. Guitermon, Esquire, former counsel for plaintiff and CCA, DOC, and CTF from February 1, 2006 through January 4, 2007. Available in office of counsel for plaintiff.

9.      Lease agreement between CCA and District of Columbia regarding CTF. In possession of all parties.

10.      Plaintiff's records from greater S.E. Community Hospital, Washington D.C. In possession of plaintiff's counsel.

11.      Plaintiff's records from Capitol Dental, Washington D.C. In Possession of plaintiff's counsel.

12.      Plaintiff's records from Psychiatric Institute of Washington D.C. in the possession of plaintiff's counsel.

III.    <u>COMPUTATION OF DAMAGES</u>

Plaintiff's claim's the reasonable value of medical services by the Greater S.E. Community Hospital, Capitol Dental, and Psychiatric Institute of Washington (approximately $25,000,000.) Balance of claim is unliquidated amount for pain and suffering, mental anguish, counsel fees and other damages allowed by law.

IV.    <u>INSURANCE AGREEMENT</u>

None in Possession of plaintiff.

V.    <u>AMENDMENT OF DISCLOSURE</u>

The foregoing initial disclosures are based on the information reasonably available to plaintiff at the time. Plaintiff reserves the rights to amend, modify, or add to this disclosure statement as discovery or circumstances may warrant.

Respectfully submitted,


_____/s/ Warren E. Gorman_____
Warren E. Gorman # 172213
Attorney for Plaintiff
5530 Wisconsin Avenue, Suite 1209
Chevy Chase, MD 20815
(301) 654-5757

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify, that the a true copy of the foregoing Plaintiff's Rule 26(a)(1) Initial

Disclosures were served via first class mail.

This 18th day of December, 2007 on:

(1) Daniel P. Struck, Esquire, Jones, Skelton, and Hochulli, P.L.C., 2901 Central Avenue

Suite 800, Phoenix, Arizona 85012

(2) Paul J. Maloney, Esquire, 1615 L Street N.W. Suite 500, Washington, D.C. 20036

(3) Danell Chomters, Esquire, Assistant Attorney General, 441-4[th] Street, N.W., 6th Floor

South, Washington, D.C. 20001

 

 

 

    /s/ Warren E. Gorman    
   Warren E. Gorman