UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MOONBLATT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>et al.,<br><br>　　　　　Defendants. | Civil Action No. 07-01922 (JDB) |

### ORDER

Upon consideration of [6] the District's motion to dismiss, [8] the Corrections Corporation of America's and [12] Fred Figueroa's joinders to that motion, the opposition thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby

1. **ORDERED** that [6] the District's motion is **DENIED**; it is further

2. **ORDERED** that [8] the Corrections Corporation of America's motion is **DENIED**; it is further

3. **ORDERED** that [12] Fred Figueroa's motion is **DENIED**; and it is further

4. **ORDERED** that plaintiff may file an amended complaint by not later than August 29, 2008, to add further factual specificity relating to Counts III, IV, and V consistent with the terms of the Memorandum Opinion issued on this date.

**SO ORDERED**.

1

                                                                                    /s/
                                                            JOHN D. BATES
                                    UNITED STATES DISTRICT JUDGE

Date: August 1, 2008